IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

HUGH BROWN and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                PLAINTIFF

V.                                                                 Case No.: 3:14-cv-00169-SA-SAA

UNIVERSAL UNDERWRITERS
OF TEXAS INSURANCE COMPANY                                         DEFENDANT

## ORDER CORRECTING NAME OF DEFENDANT
## AND EXTENDING ANSWER DEADLINE

The parties have notified the court that the defendant was incorrectly identified in the Complaint (Doc. 1) as Universal Underwriters Insurance Company; the defendant's correct name is Universal Underwriters of Texas Insurance Company. As such, the plaintiffs have requested, and defendant has agreed, that the Complaint should be amended to reflect the defendant's correct name and that the case caption should likewise be revised to identify the defendant as Universal Underwriters of Texas Insurance Company. Additionally, Universal Underwriters of Texas Insurance Company has agreed to waive any deficiencies with respect to service of process, and the parties have agreed that its deadline to file an answer or other responsive pleading should be September 8, 2014. The court finds that the parties' requests are proper and should be allowed. According, it is ORDERED:

1. The Complaint (Doc. 1) is deemed amended to reflect the defendant's name as Universal Underwriters of Texas Insurance Company (rather than Universal Underwriter's Insurance Company);

2. The Clerk is directed to correct the case caption to reflect the name of the defendant as Universal Underwriters of Texas Insurance Company; and

3. Universal Underwriters of Texas Insurance Company must file an answer or other responsive pleading by September 8, 2014.

This, the 28th day of August, 2014.

/s/ S. Allan Alexander
UNITED STATES MAGISTRATE JUDGE


Agreed to and Approved:


s/ H. Scot Spragins
H. Scot Spragins (MBN 7748)
*Attorney for Hugh Brown and State Farm Mutual Automobile Insurance Company*


s/ Jeffrey S. Dilley
Jeffrey S. Dilley (MBN 6127)
*Attorney for Universal Underwriters of Texas Insurance Company*