IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

HUGH BROWN and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                    PLAINTIFFS

V.                                                                    CAUSE NO.: 3:14CV169-SA-SAA

UNIVERSAL UNDERWRITERS
OF TEXAS INSURANCE COMPANY                                                    DEFENDANT

## AGREED ORDER OF VOLUNTARY DISMISSAL

UPON CONSIDERATION of the *ore tenus* Motion for Voluntary Dismissal presented by Plaintiffs, and the agreement of the parties hereto, it is hereby ORDERED that Plaintiffs' Complaint and all its claims against Universal Underwriters of Texas Insurance Company are hereby DISMISSED, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Each party is to bear their own costs.

THIS, the 8th day of January, 2015.

                                              /s/ Sharion Aycock
                                            UNITED STATES DISTRICT JUDGE

AGREED TO BY:

*/s/ H. Scot Spragins*
H. SCOT SPRAGINS, MSB #7748
Attorney for Plaintiffs

*/s/ Jeffery S. Dilley*
JEFFREY S. DILLEY, MSB #6127
Attorney for Defendant